UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE: ALL YOU, LLC         CASE NO. 5:10-bk-74049
                          Chapter 11

### ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF

A joint disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by Debtor All You, LLC (hereinafter referred to as "All You") and Secured Creditor First Security Bank (hereinafter referred to as "First Security"), referring to certain competing Chapter 11 Plans filed by All You and First Security; and

It having been determined after hearing on notice that the disclosure statement or statements contains adequate information:

**IT IS ORDERED,** and notice is hereby given, that:

A. The Agreed Disclosure Statement filed by All You and First Security dated June 28, 2011 is approved.

B. <u>August 19, 2011</u> is fixed as the last day for filing written acceptances or rejections of the Plans referred to above.

C. Within ten (10) days after the entry of this order, this Order, the Plans or a summary or summaries thereof approved by the court, the Agreed Disclosure Statement, and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d).

D. If acceptances are filed for more than one Plan, preferences among the Plans so accepted may be indicated.

E. <u>August 24, 2011</u> is fixed for the hearing on confirmation of the Plans.

Entered On Docket: 07/08/2011

     F.   August 19, 2011 is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. P. 3020(b)(1) written objections to confirmation of the Plans.

**IT IS SO ORDERED**.

*Ben Barry*
UNITED STATES BANKRUPTCY JUDGE

Date: July 8, 2011

**PREPARED BY:**

Don Brady
BLAIR, BRADY & HENSON
109 N. 34th Street
Rogers, Arkansas 72756
(479) 631-0100

By: /s/ Don Brady
Attorney for Debtor, All You, LLC

and

MILLAR JILES CULLIPHER, LLP
The Frauenthal Building
904 Front Street
Conway, Arkansas 72032
(501) 329-1133
Email: gjiles@mjcfirm.net

By: /s/ Gary D. Jiles (88-118)
Attorneys for Secured Creditor,
First Security Bank

and

UNITED STATES TRUSTEE
200 West Capitol, Suite 1200
Little Rock, AR 72201
(501) 324-7357

By: /s/ Patricia J. Stanley
   Patricia J. Stanley (2005-032)
Trial Attorney, United States Trustee's Office