UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE: ALL YOU, LLC                                     CASE NO. 5:10-bk-74049
                                                        Chapter 11

### OBJECTION TO CONFIRMATION OF PLAN
### FILED BY FIRST SECURITY BANK

COMES NOW, the Debtor and in support of its objection to the confirmation of Plan filed by First Security Bank does respectfully state:

1. The Debtor rejects the Plan submitted by First Security Bank and prays that it be denied.

2. The reasons for objection to the Plan submitted by First Security Bank include without limitation:

    a. The Plan only benefits First Security Bank;

    b. Unsecured creditors and equity holders will only get paid if the Bank sells the property for more than what is owed the bank;

    c. There is a substantial equity cushion in this property. Additionally, the Debtor is now making payments in excess of the monthly interest due on the note and therefore the bank is being adequately protected;

    d. First Security's Plan would effectively displace many tenants causing economic harm to the tenants; and,

    e. First Security's Plan is too harsh of remedy when there is a viable alternative.

WHEREFORE, the Debtor rejects the Plan submitted by First Security Bank and prays that confirmation of the First Security Plan be denied.

Respectfully Submitted,

/s/ Don Brady
Don Brady 97-047
For the Debtor
BLAIR, BRADY & HENSON
109 N. 34th Street
Rogers, Arkansas 72756
479-631-0100

## CERTIFICATE OF SERVICE

On this 18th day of August 2011, I hereby certify that I have mailed a true and correct copy of the foregoing objection via the United States mail, postage prepaid to:

Mr. Gary Jiles, The Frauenthal Building, 904 Front Street, Conway, Arkansas 72032

/s/ Don Brady
Don Brady