IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE: ALL YOU, LLC           CASE NO. 5:10bk74049
      DEBTOR                  CHAPTER 11

MOTION TO SET ASIDE ORDER

On this _____ day of September, 2011, comes now the Debtor, All You, LLC and for its Motion to Set Aside the Order dated September 26, 2011, and states:

1. All You, LLC's counsel, John Blair was not provided a copy of the order prior to entry.

2. Before the Court was the Objection to the Plan by the United States Trustee. The parties had agreed that the order would provide for language to be approved by the United States Trustee which is not addressed.

WHEREFORE, Debtor moves to set aside the Order and for other relief for which it may be entitled.

```
                              ALL YOU, LLC

                    By:   /s/  John M. Blair
                          John M. Blair 82-018
                          BLAIR, BRADY & HENSON
                          PO Box 1715
                          Rogers, AR 72757
                          (479) 631-0100
                          (479) 631-8052 Fax
```

CERTIFICATE OF SERVICE

I, John M. Blair, do hereby certify that I have mailed by US mail postage prepaid or electronically filed, the following document to: US Trustee 200 W. Capitol, Suite 1200, Little Rock, AR 72201 and Gary Jiles, The Frauenthal Building, 904 Front Street, Conway, AR 72032 on this 26th day of September, 2011.

```
                          /s/  John M. Blair
                          John M. Blair
```